IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATRAVIS RECO DRAYTON, JR, | * |
| Petitioner, | * |
| v. | Case No.  5:25-cv-00468-MTT-ALS |
| | * |
| MATTHEW MOULTON, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 14th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk